# MARK S. WALLACH
### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

*Receipt # 11091976  $844.24  6/23/2011*

June 21, 2011

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

          Re:   Jonathan J. Brennan
                BK NO. 09-11990
                Request to Deposit of Unclaimed Funds
                into the United States Treasury

Dear Mr. Warren:

     Enclosed herewith please find my Trustee check in the amount of $844.24. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

     __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

     ____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Citizens Bank Card Services | $844.24 | Claims Register #3 |

Very truly yours,

BY: _Mark S. Wallach_ TTB
     Mark S. Wallach, Trustee

Enclosure

*FILED JUN 23 2011 BANKRUPTCY COURT BUFFALO, N.Y.*

Printed: 06/09/11 12:04 PM

# Stale Check Report

Page: 1

**Trustee:** MARK S. WALLACH (521340)
**Case:** 09-11990 - BRENNAN, JONATHAN J

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02413057-66 | 109 | 06/09/11 | Clerk, U.S. Bankruptcy Court | | | $844.24 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payments |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02413057-66 3 | 106 | | 09/25/09 | 610 | Citizens Bank Card Services<br>PO Box 42010<br>Providence, RI 02940-2010 | 9,790.00 | 9,790.00 | 844.24 | 844.24 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.